STATE of Missouri, Respondent,

v.

Clifton HILL, Appellant.

Nos. WD 48221, WD 50036.

Missouri Court of Appeals,
Western District.

Oct. 10, 1995.

Lew Kollias, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and BRECKENRIDGE and SMART, JJ.

## ORDER

PER CURIAM.

Clifton Hill appeals his conviction of selling a controlled substance and the denial of his motion for post-conviction relief. We affirm. Finding no jurisprudential purpose in publishing a written opinion, we issue this summary order. Rules 30.25(b) and 84.16(b).